UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL CENTURY FINANCIAL
ENSTERPRISES, INC., INVESTMENT
LITIGATION     MDL No. 1565

(SEE ATTACHED SCHEDULE)

**CONDITIONAL REMAND ORDER**

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Southern District of Ohio.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Southern District of Ohio with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.

FOR THE PANEL:

*Jeffery Lüthi* (signature)

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Apr 20, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: NATIONAL CENTURY FINANCIAL
ENTERPRISES, INC., INVESTMENT
LITIGATION  MDL No. 1565

## SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| DIST | DIV. | C.A.NO. | DIST | DIV. | C.A.NO. | CASE CAPTION |
| OHS | 2 | 04−00328 | AZ | 2 | 03−01220 | Chandler City of v. Bank One NA |
| OHS | 2 | 04−00334 | AZ | 2 | 03−01618 | State of Arizona v. Credit Suisse First Boston Corp |
| | | | AZ | 2 | 03−02084 ** | Crown Cork & Seal Co., Inc. Master Retirement Trust, et al. v. Credit Suisse First Boston Corp., et al. |
| OHS | 2 | 04−00325 | NJ | 2 | 03−01882 | Metropolitan Life Insurance Company v. Bank One NA |
| OHS | 2 | 04−00326 | NJ | 2 | 03−02784 | Lloyds TSB Bank plc v. Bank One NA |

\* − denotes that the civil action has been severed.

\*\* − transferee case number not assigned.