Case 2:03-cv-01882-JCL   Document 55   Filed 04/30/12   Page 1 of 2 PageID: 10

SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey  07102-5400
Mark E. Duckstein.
(973) 643-7000

BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, New York  10022-4689
Jeffrey Q. Smith (*pro hac vice*)
Steven G. Brody (*pro hac vice*)
Susan F. DiCicco (*pro hac vice*)
(212) 705-7000

Attorneys for Defendants Credit Suisse Securities (USA) LLC
(formerly known as Credit Suisse First Boston Corporation)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY and METROPOLITAN INSURANCE AND ANNUITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>BANK ONE, N.A., BANC ONE CAPITAL MARKETS, INC., CREDIT SUISSE FIRST BOSTON LLC, J.P. MORGAN CHASE & CO., JPMORGAN CHASE BANK, JPMORGAN PARTNERS, LLC, THE BEACON GROUP, LLC, THE BEACON GROUP III-FOCUS VALUE FUND, L.P., THOMAS G. MENDELL, ERIC R. WILKINSON, HAROLD W. POTE, and LANCE K. POULSEN,<br><br>Defendants. | Civil Action No. 03-1882 (SDW)(MCA)<br><br><br><br>NOTICE OF MOTION<br>FOR TRANSFER<br>(ORAL ARGUMENT REQUESTED)<br><br>*(Electronically Filed Document)* |

TO:   All Counsel On The Attached Service List

COUNSEL:

PLEASE TAKE NOTICE that on June 4, 2012, at 10:00 a.m. or as soon thereafter as counsel may be heard, defendant Credit Suisse Securities (USA) LLC, formerly known as Credit Suisse First Boston Corporation, shall move before the above-referenced Court for an Order transferring this matter to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. § 1404(a).

PLEASE TAKE FURTHER NOTICE that in support of the motion described in the preceding paragraph, Credit Suisse shall rely upon the enclosed supporting brief, with accompanying Declaration of Stephen Scotch-Marmo, and proposed form of Order; and

PLEASE TAKE FURTHER NOTICE that Credit Suisse requests oral argument in connection with the motion described herein.

    SILLS CUMMIS & GROSS P.C.
    Attorneys for Defendants Credit Suisse Securities (USA) LLC
    (formerly known as Credit Suisse First Boston Corporation)

    By:   s/ *Mark E. Duckstein*
        MARK E. DUCKSTEIN

    - and -

    BINGHAM McCUTCHEN LLP
    Attorneys for Defendants Credit Suisse Securities (USA) LLC
    (formerly known as Credit Suisse First Boston Corporation)

        JEFFREY Q. SMITH (*pro hac vice*)
        STEVEN G. BRODY (*pro hac vice*)
        SUSAN F. DiCICCO (*pro hac vice*)

Dated: April 30, 2012