## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Motion to Transfer Venue Pursuant to § 28 U.S.C. 1404(a) was served to all counsel listed below electronically when possible, and by first class mail, postage prepaid, this 30th day of April, 2012.

| | |
|---|---|
| Harold G. Levison, Esq. | Richard B. Harper, Esq. |
| Cindy Kelly, Esq. | Baker Botts, LLP |
| Kasowitz Benson Torres & Friedman LLP | 30 Rockefeller Plaza |
| 1633 Broadway | New York, NY 10112 |
| New York, NY 10019 | richard.harper@bakerbotts.com |
| hlevison@kasowitz.com | |
| ckelly@kasowitz.com | |

                                                   s/ *Mark E. Duckstein*
                                                    Mark E. Duckstein