**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| --------------------------------------x | | |
| In Re: | : | Case No. 2:03-MD-1565 |
| | : | |
| National Century Financial Enterprises, Inc. | : | Judge Graham |
| | : | Magistrate Judge Abel |
| --------------------------------------x | | |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| --------------------------------------x | | |
| Metropolitan Life Insurance Co., et al. | : | Case No. CV03-1882 |
| | : | |
| v. | : | |
| | : | |
| Bank One, N.A., et al. | : | |
| --------------------------------------x | | |

## <u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>

Plaintiffs Metropolitan Life Insurance Co. and Metropolitan Insurance and

Annuity Company ("MetLife") and defendants JPMorgan Chase Bank, N.A., The Beacon

Group, LLC, The Beacon Group III - Focus Value Fund, L.P., Bank One, N.A., Banc

One Capital Markets, Inc., Thomas G. Mendell, Eric R. Wilkinson and Linda E. Johnson,

Executor of the Estate of Harold W. Pote (collectively "Defendants"), by and through

their undersigned counsel, stipulate to the dismissal of MetLife's claims against

Defendants with prejudice pursuant to Fed. R. Civ. P. 41(a)(2), with each party to bear its

own fees and costs.

Dated: April 8, 2008

Respectfully submitted,

DC: 2788418-1

| | |
|---|---|
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br><br>_____<br>Harold G. Levison<br>Cindy C. Kelly<br>1633 Broadway<br>New York, New York 10019<br>(212) 506-1700<br>Email: hlevison@kasowitz.com<br>Email: ckelly@kasowitz.com<br><br>Attorneys for Plaintiffs<br>Metropolitan Life<br>Insurance Company and Metropolitan<br>Insurance and Annuity Company | ISAAC, BRANT, LEDMAN & TEETOR, LLP<br><br>_____<br>David G Jennings<br>Timothy E. Miller<br>The Midland Building<br>250 East Broad Street<br>Columbus, Ohio 43215<br>(614) 221-2121<br>Email: davidjennings@isaacbrant.com<br>Email: timmiller@isaacbrant.com<br><br>Attorneys for Plaintiffs<br>Metropolitan Life Insurance Company<br>and Metropolitan Insurance and<br>Annuity Company |
| KELLEY DRYE & WARREN LLP<br><br>_____<br>John M. Callagy<br>William A. Escobar<br>101 Park Avenue<br>New York, NY 10178<br>(212) 808-7800 (voice)<br>(212) 808-7897 (facsimile)<br><br>Attorneys for JPMorgan Chase & Co.,<br>JPMorgan Chase Bank, N.A., JPMorgan<br>Partners, LLC and The Beacon Group, LLC | SIMPSON THACHER & BARTLETT LLP<br><br>_____<br>Barry R. Ostrager<br>Mary Kay Vyskocil<br>425 Lexington Avenue<br>New York, NY 10017<br>(212) 455-2000 (voice)<br>(212) 455-2502 (facsimile)<br><br>Attorneys for Estate of Harold W.<br>Pote, Thomas G. Mendell, and Eric R.<br>Wilkinson |
| FRIED FRANK HARRIS SHRIVER & JACOBSON LLP<br><br><br>_____<br>Douglas H. Flaum<br>Israel David<br>One New York Plaza<br>New York, NY 10004<br>(212) 859-8000 (voice)<br>(212) 859-4000 (fax)<br><br>Attorneys for The Beacon Group III-Focus<br>Value Fund, L.P. | COVINGTON & BURLING LLP<br><br><br>_____<br>C. William Phillips<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>(212) 841-1081 (voice)<br>(646) 441-9081 (fax)<br><br>Attorneys for Bank One, N.A. and<br>Banc One Capital Markets, Inc. |

| | |
|---|---|
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br><br>Harold G. Levison<br>Cindy C. Kelly<br>1633 Broadway<br>New York, New York  10019<br>(212) 506-1700<br>Email: hlevison@kasowitz.com<br>Email: ckelly@kasowitz.com<br><br>Attorneys for Plaintiffs<br>Metropolitan Life<br>Insurance Company and Metropolitan<br>Insurance and Annuity Company | ISAAC, BRANT, LEDMAN & TEETOR, LLP<br><br>David G Jennings<br>Timothy B. Miller<br>The Midland Building<br>250 East Broad Street<br>Columbus, Ohio  43215<br>(614) 221-2121<br>Email: davidjennings@isaacbrant.com<br>Email: timmiller@isaacbrant.com<br><br>Attorneys for Plaintiffs<br>Metropolitan Life Insurance Company<br>and Metropolitan Insurance and<br>Annuity Company |
| KELLEY DRYE & WARREN LLP<br><br>John M. Callagy<br>William A. Escobar<br>101 Park Avenue<br>New York, NY 10178<br>(212) 808-7800 (voice)<br>(212) 808-7897 (facsimile)<br><br>Attorneys for JPMorgan Chase & Co.,<br>JPMorgan Chase Bank, N.A., JPMorgan<br>Partners, LLC and The Beacon Group, LLC | SIMPSON THACHER & BARTLETT LLP<br><br>Barry R. Ostrager<br>Mary Kay Vyskocil<br>425 Lexington Avenue<br>New York, NY  10017<br>(212) 455-2000 (voice)<br>(212) 455-2502 (facsimile)<br><br>Attorneys for Estate of Harold W.<br>Pote, Thomas G. Mendell, and Eric R.<br>Wilkinson |
| FRIED FRANK HARRIS SHRIVER & JACOBSON LLP<br><br>Douglas H. Flaum<br>Israel David<br>One New York Plaza<br>New York, NY 10004<br>(212) 859-8000 (voice)<br>(212) 859-4000 (fax)<br><br>Attorneys for The Beacon Group III-Focus<br>Value Fund, L.P. | COVINGTON & BURLING LLP<br><br>C. William Phillips<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>(212) 841-1081 (voice)<br>(646) 441-9081 (fax)<br><br>Attorneys for Bank One, N.A. and<br>Banc One Capital Markets, Inc. |

So ordered:

s/ James L. Graham
U.S.D.J.

**So Ordered**
this 15ᵗʰ day of May 2012

Susan D. Wigenton, U.S.D.J.