Penelope M. Taylor
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY AND METROPOLITAN INSURANCE AND ANNUITY COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>BANK ONE, N.A., BANC ONE CAPITAL MARKETS, INC., CREDIT SUISSE FIRST BOSTON, CREDIT SUISSE FIRST BOSTON LLC, DELOITTE & TOUCHE LLP, MOODY'S INVESTORS SERVICES, INC., FITCH, INC., J.P. MORGAN CHASE & CO., JPMORGAN CHASE BANK, JPMORGAN PARTNERS, LLC, THE BEACON GROUP, LLC, THE BEACON GROUP III-FOCUS VALUE FUND, L.P., THOMAS G. MENDELL, ERIC R. WILKINSON, HAROLD W. POTE, and LANCE K. POULSEN,<br><br>Defendants. | Docket No. 03-1882 (SDW/MCA)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Penelope M. Taylor of McCarter & English, LLP, hereby enters her appearance in this matter as counsel for Plaintiffs.  This Notice constitutes appearance of successor counsel within the law firm of prior counsel where Plaintiffs' prior counsel, Richard B. Harper, has left the firm.

Dated: May 17, 2012            McCARTER & ENGLISH, LLP
                                Attorneys for Plaintiffs

                                By: /s/ Penelope M. Taylor
                                    Penelope M. Taylor

ME1\5474760.1

ME1 13448861v.1