UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

METROPOLITAN LIFE INSURANCE COMPANY, *et al.*,

    Plaintiffs,

v.

BANK ONE, N.A., *et al.*,

    Defendants.

---

LLOYDS TSB BANK PLC,

    Plaintiff,

v.

BANK ONE, N.A., *et al.*,

    Defendants.

---

No. CV03-1882 (SDW)(MCA), and
No. CV03-2784 (SDW)(MCA)

**ORDER CONSOLIDATING CASES FOR TRIAL**

---

THIS MATTER having been opened by the cross-motion of plaintiffs Metropolitan Life Insurance Company, Metropolitan Tower Life Insurance Company, successor by merger to Metropolitan Insurance and Annuity Company (collectively, "MetLife"), and Lloyds TSB Bank plc ("Lloyds"), on notice to all counsel of record in the above-captioned civil actions, for an order consolidating the trials of the above-captioned civil actions *Metropolitan Life Insurance Company, et. al. v. Bank One, N.A., et al.*, No. CV03-1882, and *Lloyds TSB Bank plc v. Bank One, N.A., et al.*, No. CV03-2784; and the Court having considered the papers submitted in connection with that cross-motion; and good cause having been shown;

IT IS on this _____ day of _____, 2012, ORDERED that:

1. MetLife and Lloyds's cross-motion to consolidate for trial the above-captioned civil actions *Metropolitan Life Insurance Company, et. al. v. Bank One, N.A., et al.*, No. CV03-

1882, and *Lloyds TSB Bank plc v. Bank One, N.A., et al.*, No. CV03-2784, is hereby GRANTED; and

     2.    The civil actions captioned *Metropolitan Life Insurance Company, et. al. v. Bank One, N.A., et al.*, No. CV03-1882, and *Lloyds TSB Bank plc v. Bank One, N.A., et al.*, No. CV03-2784, are hereby consolidated for trial in this Court.

                                                        Hon. Susan D. Wigenton, U.S.D.J.