# EXHIBIT C

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:03-cv-09973-LAK

| | |
|---|---|
| New York City Employees' Retirement System et al v. Bank One, N.A. et al | Date Filed: 12/16/2003 |
| Assigned to: Judge Lewis A. Kaplan | Date Terminated: 04/09/2004 |
| | Jury Demand: Plaintiff |
| Demand: $89,000,000 | Nature of Suit: 850 Securities/Commodities |
| Cause: 15:294 Breach of Contract | Jurisdiction: Federal Question |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/16/2003 | 1 | COMPLAINT against all defendants. (Filing Fee $ 150.00, Receipt Number 494526) Document filed by New York City Employees' Retirement System, New York City Fire Department Pension Fund, New York City Police Pension Fund, Teachers' Retirement System for the City of New York.(jco, ) (Entered: 12/24/2003) |
| 12/16/2003 | 2 | NOTICE OF RELATED CASE AND PENDENCY OF OTEHR ACTIONS OR PROCEEDINGS of Plaintiffs re: that this action be filed as related to 03cv7396 (LAK). Document filed by New York City Employees' Retirement System, New York City Fire Department Pension Fund, New York City Police Pension Fund, Teachers' Retirement System for the City of New York.(jco, ) (Entered: 12/24/2003) |
| 12/16/2003 | | CASE REFERRED TO Judge Lewis A. Kaplan as possibly related to 1:03-cv-7396. (jco, ) (Entered: 12/24/2003) |
| 01/08/2004 | | CASE ACCEPTED AS RELATED TO 03-cv-7396. Notice of Assignment to follow. (gmo, ) (Entered: 01/12/2004) |
| 01/08/2004 | 3 | NOTICE OF CASE ASSIGNMENT to Judge Lewis A. Kaplan. Judge Unassigned no longer assigned to the case. (gmo, ) (Entered: 01/12/2004) |
| 01/08/2004 | | Mailed notice to the attorney(s) of record. (gmo, ) (Entered: 01/12/2004) |
| 01/08/2004 | | Magistrate Judge Frank Maas is so designated. (gmo, ) (Entered: 01/12/2004) |
| 01/27/2004 | 4 | AFFIDAVIT OF SERVICE of Summons and Complaint,. Harold W. Pote served on 1/12/2004, answer due 2/2/2004. Service was accepted by Harold W. Pote. Document filed by New York City Employees' Retirement System ; New York City Fire Department Pension Fund ; New York City Police Pension Fund ; Teachers' Retirement System for the City of New York. (dle, ) (Entered: 01/29/2004) |
| 01/28/2004 | 5 | CERTIFICATE OF SERVICE of Notice of Assignment served on Attached list of parties on 1/27/04. Service was made by mail. (sb, ) (Entered: 02/02/2004) |
| 01/29/2004 | 6 | AFFIDAVIT OF SERVICE of Summons and Complaint. Thomas G. Mendell served on 1/26/2004, answer due 2/16/2004. Service was accepted by THOMAS MENDELL. Document filed by New York City Employees' Retirement System ; New York City Fire Department Pension Fund ; New York City Police Pension Fund ; Teachers' Retirement System for the City of New York. (rw, ) (Entered: 02/03/2004) |
| 02/04/2004 | 7 | CLERK CERTIFICATE OF MAILING of Summons & Complaint mailed to Eric R. Wilkinson at the following address: Eric R. Wilkinson, Uplands House Uplands, Lane, Hawkley Near Liss, Hampshire GU33 6NH, United Kingdom on 2/04/04 by Registered Mail # RB 632 992 768. CLERK CERTIFICATE OF MAILING of Summons & Complaint mailed to |

| | | |
|---|---|---|
| | | Eric R. Wilkinson at the following address: Sladebar, High Cross, Froxfield near Petersfield, Hampshire GU 32 1EB, England on 2/04/04 by Registered Mail # RB 632 992 771. CLERK CERTIFICATE OF MAILING of Summons & Complaint mailed to Eric R. Wilkinson at the following address: 17 Pembroke Gardens, London W8, England on 2/04/04 by Registered Mail # RB 632 992 754. (ps, ) (Entered: 02/04/2004) |
| 02/04/2004 | 8 | ORDER SCHEDULING AN INITIAL PRETRIAL CONFERENCE; Initial Conference set for 3/19/2004 at 11:00 AM before Judge Lewis A. Kaplan in Courtroom 12D, 500 Pearl Street, New York, NY. (Signed by Judge Lewis A. Kaplan on 2/3/04) (sb, ) (Entered: 02/04/2004) |
| 02/05/2004 | 9 | CERTIFICATE OF SERVICE by Mark Macatee of a true and correct copy of Order re Scheduling and initial Pretrial Conference served on All parties listed in the attached Sevice List on 2/5/04. Service was made by First Class Mail. (tp, ) (Entered: 02/09/2004) |
| 02/18/2004 | 10 | STIPULATION AND ORDER; that the time for dft's Bank One N.A., and Bank One National Association to answer, move or otherwise respond to the complaint is hereby extended to 3/1/04. (Signed by Judge Lewis A. Kaplan on 2/13/04) (pl, ) (Entered: 02/18/2004) |
| 02/23/2004 | 11 | STIPULATION AND ORDER; The time for Defendant The Beacon Group III - Focus Value Fund, L.P. to answer, move or otherwise respond to the complaint is extended from 2/18/04 to and including 4/1/04. (Signed by Judge Lewis A. Kaplan on 2/19/04) (sb, ) (Entered: 02/23/2004) |
| 02/23/2004 | | Set Answer Due Date purs. to 11 Stipulation and Order as to Beacon Group III- Focus Valun Fund, L.P. answer due on 4/1/2004. (sb, ) (Entered: 02/23/2004) |
| 02/26/2004 | 12 | ORDER. Granting motion for the admission of William A. Miller, to appear in this Court pro hac vice as counsel for defendant Rebecca S. Parrett. (Signed by Judge Lewis A. Kaplan on 2/26/04) (yv, ) Additional attachment(s) added on 2/27/2004 (yv, ). (Entered: 02/27/2004) |
| 02/26/2004 | | Transmission to Attorney Admissions Clerk. Transmitted re: 12 Order, to the Attorney Admissions Clerk for updating of Attorney Information. (yv, ) (Entered: 02/27/2004) |
| 02/26/2004 | 13 | ORDER granting Rebecca S. Parrett's motion for a 60 day extension of time to respond to the complaint. (Signed by Judge Lewis A. Kaplan on 2/26/04) (yv, ) (Entered: 02/27/2004) |
| 02/27/2004 | 14 | STIPULATION AND ORDER; The time for defendants Bank One N.A., Bank One National Association, J.P. Morgan Chase & Co., J.P. Morgan Chase Bank, J.P. Morgan Partners, L.L.C., The Beacon Group, L.L.C., The Beacon Group III-Focus Value Fund, L.P., Credit Suisse First Boston L.L.C., Deloitte & Touche L.L.P., Harold W. Pote, Thomas G. Mendell, and Eric R. Wilkinson shall answer, move or otherwise respond to the complaint in this action is extended to and including 4/15/04. (Signed by Judge Lewis A. Kaplan on 2/27/04) (sb, ) (Entered: 03/01/2004) |
| 02/27/2004 | | Set Answer Due Date purs. to 14 Stipulation and Order,, as to Bank One National Association answer due on 4/15/2004; Bank One, N.A. answer due on 4/15/2004; Beacon Group III- Focus Valun Fund, L.P. answer due on 4/15/2004; Beacon Group, L.L.C. answer due on 4/15/2004; Credit Suisse First Boston Corporation answer due on 4/15/2004; Deloitte & Touche, L.L.P. answer due on 4/15/2004; J.P. Morgan Chase & Co. answer due on 4/15/2004; J.P. Morgan Chase Bank answer due on 4/15/2004; J.P. Morgan Chase Partners L.P. answer due on 4/15/2004; Thomas G. Mendell answer due on 4/15/2004; Harold W. Pote answer due on 4/15/2004; Eric R. Wilkinson answer due on 4/15/2004. (sb, ) (Entered: 03/01/2004) |
| 03/01/2004 | 15 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Barbara L. Poulsen, Lance K. Poulsen.(Fellig, Thomas) (Entered: 03/01/2004) |
| 03/01/2004 | 16 | ANSWER to Complaint. Document filed by Barbara L. Poulsen, Lance K. Poulsen.(Fellig, Thomas) (Entered: 03/01/2004) |

| | | |
|---|---|---|
| 03/05/2004 | 17 | CERTIFICATE OF SERVICE of Summons and Complaint,. Eric R. Wilkinson served on 2/7/2004, answer due 2/27/2004. Service was accepted by Eric Wilkinson. Document filed by New York City Employees' Retirement System ; New York City Fire Department Pension Fund ; New York City Police Pension Fund ; Teachers' Retirement System for the City of New York. (Attachments: # 1 Affidavit Witness State of Service# 2 Exhibit A to Witness Statement - Part 1# 3 Exhibit A to Witness Statement Part 2)(Fineman, Steven) (Entered: 03/05/2004) |
| 03/05/2004 | 18 | Affidavit of Service of Attachment A which consists of: Executed "Request" with Attachment A, in duplicate; Certificate in duplicate summary with attachments B & C, in duplicate, Notice, in duplicate; Summons in a Civil Case, in duplicate; Complaint, in duplicate; Notice of elated Case and Pendency of other Actions or Proceedings, in duplicate; Judge Lewis A. Kaplan Procedures, in duplicate; Notice of Potential Tag-Along Action, in duplicate; Certificate of Service, in duplicate and Notice of Assignment in duplicate by personal service upon: Eric Wilkinson, Uplands House plands Lane GHawkley near Liss Hampshire GU33 6NH, ENGLAND at the following address: Eric WIlkinson Uplands House Uplands Lane, Hawkley near Liss, Hampshire GU33 6NH, England on 02/08/04. (djc, ) Modified on 3/12/2004 (djc, ). (Entered: 03/11/2004) |
| 03/18/2004 | 19 | STIPULATION AND ORDER; The time for Defendant Purcell & Scott, Co., L.P.A. to answer, move or otherwise respond to the Complaint in this action is extended to and including 4/15/04. (Signed by Judge Lewis A. Kaplan on 3/17/04) (sb, ) (Entered: 03/18/2004) |
| 03/18/2004 | | Set Answer Due Date purs. to 19 Stipulation and Order as to Purcell & Scott, Co., L.P.A. answer due on 4/15/2004. (sb, ) (Entered: 03/18/2004) |
| 04/09/2004 | 20 | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER OUT ORDER FROM THE MDL PANEL...transferring this action from the U.S.D.C. (S.D.N.Y) to the United States District Court - Southern District of Ohio. (Signed by Judge MDL Panel on 3/19/04) (gf, ) (Entered: 04/13/2004) |
| 04/09/2004 | | Mailed letter to the United States District Court - Southern District of Ohio acknowledging receipt of their entire file, a certified copy of the transfer order and docket entries. (gf, ) (Entered: 04/13/2004) |
| 04/09/2004 | | MDL TRANSFER OUT: Mailed certified copy of documents numbered 1-20, docket entries and transfer order along with letter of acknowledgment to the United States District Court - Southern District of Ohio. Mailed via Federal Express AIRBILL # 8434 1350 5906 on 4/13/04. (gf, ) (Entered: 04/13/2004) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/16/2012 13:35:12 | | | |
| **PACER Login:** | kb2024 | **Client Code:** | 06656003-Leivick |
| **Description:** | Docket Report | **Search Criteria:** | 1:03-cv-09973-LAK |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |