UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------------- x
METROPOLITAN LIFE INSURANCE            :   No.: CV03-1882 (SDW)(MCA)
COMPANY and METROPOLITAN               :
INSURANCE AND ANNUITY COMPANY,         :   RETURN DATE: June 4, 2012
                                       :
                    Plaintiffs,        :
                                       :
       v.                              :
                                       :
BANK ONE, N.A., BANC ONE CAPITAL       :
MARKETS, INC., CREDIT SUISSE FIRST     :
BOSTON LLC, J.P. MORGAN CHASE & CO.,   :
JPMORGAN CHASE BANK, JPMORGAN          :
PARTNERS, LLC, THE BEACON GROUP, LLC,  :
THE BEACON GROUP III-FOCUS VALUE       :
FUND, L.P., THOMAS G. MENDELL,         :
ERIC R. WILKINSON, HAROLD W. POTE,     :
and LANCE K. POULSEN,                  :
                                       :
                    Defendants.        :
---------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2012, I electronically filed the following documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing: (1) Notice of Cross-Motion to Consolidate Cases for Trial; (2) Memorandum of Law of MetLife in Opposition to Motion of Credit Suisse Securities (USA) LLC to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) and in Support of Cross-Motion to Consolidate Cases for Trial; (3) Declaration of Sarah Gibbs Leivick with all accompanying exhibits; (4) Compendium of Unpublished Authorities; and (5) Proposed Order.

           s/ Harold G. Levison
           Harold G. Levison
           KASOWITZ, BENSON, TORRES
            & FRIEDMAN LLP
           1633 Broadway
           New York, New York  10019
           (212) 506-1700
           (212) 506-1800 (fax)
           hlevison@kasowitz.com